People v Angel P. (2021 NY Slip Op 50244(U))

[*1]

People v Angel P.

2021 NY Slip Op 50244(U) [71 Misc 3d 129(A)]

Decided on March 19, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 19, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt, P.J., Brigantti, Hagler, JJ.

570423/17

The People of the State of New 
 York, Respondent,  
against
Angel P., Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Shari Ruth Michels, J. at plea; Linda Poust Lopez, J. at sentencing), rendered April 26,
2017, convicting him, upon his plea of guilty, of assault in the third degree, and sentencing him
as a youthful offender to a conditional discharge.

Per Curiam.
Judgment of conviction (Shari Ruth Michels, J. at plea; Linda Poust Lopez, J. at sentencing),
rendered April 26, 2017, unanimously modified, as a matter of discretion in the interest of
justice, to the extent of vacating the mandatory surcharge and the crime victim assistance fee, and
otherwise affirmed.
Defendant was convicted before the enactment of CPL 420.35(2-a), which permits a court to
waive surcharges and fees for persons who, like defendant, were less than twenty-one years old at
the time of the subject offense. However, based on the People's consent as a matter of
prosecutorial discretion, and pursuant to our own interest of justice powers, we waive the
mandatory surcharge and fees imposed on defendant at sentencing (see People v
Chirinos, 190 AD3d 434 [2021]). We find it unnecessary to reach any other issues. 
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 19, 2021